PS8 - Warrant
(4/21)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20319-DMM-1

United States of America

Vs

Takeia Herder

Case: 1:23-mj-00330
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/30/2023
Description: ARREST RULE(5)

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Jorge J. Ferdinandy, U.S PROBATION OFFICER, presenting an official report upon the conduct of defendant Takeia Herder, who was placed under pretrial release supervision by the Honorable Lauren Fleischer Louis, sitting in the Court at Miami, Florida, on July 27, 2023, under the following conditions

1) Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during case; 2) Report to Pretrial Services as directed; 3) Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer; 4) Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer; and 5) May travel to and from the Southern District of Florida and Washington D.C. and must notify Pretrial Services of travel plans before leaving and upon return.

Respectfully presenting petition for action of Court and for cause as follows:

On September 26, 2023, the defendant admitted using Phencyclidine (PCP) during her presentence interview. She allegedly tampered with her drug test on September 27, 2023, and failed to report as directed to Pretrial Services in Washington D.C. on October 4, 2023, and October 11, 2023.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and the defendant be brought before the Court for a hearing to determine if bond should be revoked, pursuant to 18 U.S.C.§3148.

ORDER OF COURT

Considered and ordered this 12th day of October, 2023 and ordered filed and made a part of the records in the above case.

jury that the

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By Genevieve McGee Wilner
Date Oct 12, 2023

U.S. District Judge

Jorge J. Ferdinandy
U.S. Probation Officer
Office: (305) 523-5310
Email: jorge_ferdinandy@flsp.uscourts.gov
Place: Miami, Florida